UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JENNIFER PLUNKETT
on behalf of herself and
similarly situated employees,

    Plaintiff,

v.

GETTING GREEN PLANT
SERVICE, INC. and
ROBERT A. SHOELSON,

    Defendants.
_____/

CASE NO. _____

## NOTICE OF REMOVAL

Defendants Getting Green Plant Service, Inc. and Robert A. Shoelson ("Defendants"), by and through their undersigned counsel, hereby give notice of the removal of the above-styled action to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, and state as follows:

### I.

### INTRODUCTION

1. This action is being removed pursuant to the provisions of 28 U.S.C. § 1441 (a) and (c). On or about January 26, 2017, Plaintiff Jennifer Plunkett ("Plunkett") filed a Complaint against Defendants in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. The action, styled *Jennifer Plunkett v. Getting Green Plant Service, Inc. and Robert A. Shoelson*, was assigned Case No. CACE-17-002075 (hereinafter referred to as the "Circuit Court Action.")

2. Defendants were both served with a copy of the Summons and Complaint on February 7, 2017. Accordingly, pursuant to 28 U.S.C. 1446(b), this Notice of Removal is timely filed.

3. In the Complaint, Plunkett, a former employee of Defendant Getting Green Plant Service, Inc., asserts that Defendants failed to pay her overtime in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, for failure to pay overtime compensation.

## II.

## PREREQUISITES TO REMOVAL

4. Written notice of the filing of this Notice of Removal has been given to all parties in this action, and a copy of the Notice of Removal will be filed promptly with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

5. A true and legible copy of all process, pleadings, orders, and other papers or exhibits of every kind on file in the Circuit Court Action is attached as Composite Exhibit "A."

## III.

## VENUE AND JURISDICTION

6. Venue is proper in this Court because the action is being removed from the Broward County Circuit Court which lies within the Southern District of Florida. *See* 28 U.S.C. §§ 1441(a) and 1446(a)

7. Because the Complaint alleges a federal claim under the FLSA, this is a civil action arising under the laws of the United States over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331. Accordingly, removal of this action is appropriate pursuant to 28 U.S.C. §§ 1441(a) and (c).

WHEREFORE, Defendants Getting Green Plant Service, Inc. and Robert A. Shoelson remove the above-styled action now pending against it in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division.

Dated: March 7, 2017.

Respectfully submitted,

/s/ Peter W. Zinober
Peter W. Zinober
Florida Bar No. 121750
Email: zinoberp@gtlaw.com
Nicholas S. Andrews
Florida Bar No. 0105699
Email: andrewsni@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard
Suite 1900
Tampa, FL 33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served by electronic mail on this 7th day of March, 2017 to:

Scott M. Behren
Behren Law Firm
2893 Executive Park Drive, Suite 110
Weston, FL 33331
Scott@behrenlaw.com

/s/Peter W. Zinober
Attorney